Filed: 9/24/2018 1:53 PM
Clerk
St. Joseph County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) ) SS: ) | IN THE ST. JOSEPH SUPERIOR/CIRCUIT COURT |
| ST. JOSEPH COUNTY | | CAUSE NO: 71_____-1809-C___-_____ |
| | | 71C01-1809-CT-000446 |

SUSANNA MACDONALD,
4318 Turquoise Trail,
South Bend, IN 46628,
and
JOHN MACDONALD,
4318 Turquoise Trail,
South Bend, IN 46628,

　　　　　Plaintiffs,

v.

SPEEDWAY LLC,
c/o CT Corporation System, Registered Agent,
150 West Market Street, Suite 800,
Indianapolis, IN 46204,

　　　　　Defendant.

## COMPLAINT FOR DAMAGES

Count I.

Comes now the Plaintiff, Susanna MacDonald, and for her claim for relief states:

1.　　On or about June 1, 2018, the Plaintiff, Susanna MacDonald, was an invitee on the premises of Speedway LLC, located at 50724 S.R. 933 in South Bend, Indiana, when she tripped and fell due to uneven pavement in the parking lot and sustained injuries.

2.　　The Defendant, Speedway LLC, owned, operated and/or controlled the premises located at 50724 S.R. 933 in South Bend, Indiana.

3.　　The Defendant, Speedway LLC, failed to maintain the premises in a safe manner and/or warn the invitee of the danger.

4.　　The Plaintiff, Susanna MacDonald's injuries and damages were the proximate result of the carelessness and negligence of agents and/or employees of the Defendant, Speedway LLC, by, among other acts or omissions, failing to keep the area free from dangerous or hazardous conditions.

5.　　As a direct and proximate result of the carelessness and negligence of the Defendant, Speedway LLC, the Plaintiff, Susanna MacDonald, sustained personal injuries, the effects of which

may be permanent and lasting; has incurred hospital, doctor and medical expenses and may continue to incur hospital, doctor and medical expenses in the future; has incurred pain and suffering and may continue to incur pain and suffering in the future, all of which damages are in an amount yet uncertain.

6. As a further direct and proximate result of the carelessness and negligence of the Defendant, Speedway LLC, the Plaintiff, Susanna MacDonald, has incurred lost wages and may continue to incur lost wages in the future.

WHEREFORE, the Plaintiff, Susanna MacDonald, demands judgment against the Defendant, Speedway LLC, in an amount that will reasonably compensate her for the injuries and damages sustained, for the costs of this action and for all other just and proper relief.

### Count II.

Comes now the Plaintiff, John MacDonald, and for his claim for relief states the following:

1. He is the husband of the Plaintiff, Susanna MacDonald.

2. He realleges rhetorical paragraphs 1 through 6 of Count I of this Complaint for Damages.

3. As a further direct and proximate result of the carelessness and negligence of the Defendant, Speedway LLC, he has lost the care comfort and companionship of his wife, the Plaintiff, Susanna MacDonald.

WHEREFORE, the Plaintiff, John MacDonald, requests judgment against the Defendant, Speedway LLC, in an amount that will reasonably compensate him for his loss, for costs of this action, and for all other just and proper relief.

Respectfully submitted:

_____
Douglas E. Sakaguchi (20352-71)
Attorney for Plaintiffs.
PFEIFER, MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

## JURY DEMAND

Plaintiffs, by counsel, demand trial by jury.

                        Respectfully submitted:

                        Douglas E. Sakaguchi (20352-71)
                        Attorney for Plaintiffs.
                        PFEIFER, MORGAN & STESIAK
                        53600 North Ironwood Drive
                        South Bend, Indiana 46635
                        Telephone:  (574) 272-2870